**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      John William Palmer v. The State of Texas

Appellate case number:    01-18-0367-CR

Trial court case number:   1584989

Trial court:             263rd District Court of Harris County

Appellant has filed a "Petition for Rehearing" that we construe as a motion for rehearing. It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings
                    Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Date: July 12, 2018